## THOMPSON v. SING.

No. 12484—Opinion Filed Sept. 9, 1924.

(Syllabus.)

### Appeal and Error—Absence of Answer Brief —Reversal.

Where plaintiffs in error have served and filed their brief in compliance with the rules of this court, and the defendants in error have neither filed a brief within the time fixed by the rules of this court, nor offered any excuse for their failure so to do, this court will not search the record to find some theory upon which the judgment may be sustained, but will, where the authorities cited in the brief filed appear reasonably to sustain the assignments of error, reverse the judgment of the trial court in accordance with the prayer of the petition in error.

Error from County Court, Oklahoma County; W. R. Taylor, County Judge.

Action by George O. Thompson against Mont Sing. Judgment for defendant, and plaintiff brings error. Reversed and remanded.

William A. Smith, for plaintiff in error.

C. H. Shubert, for defendant in error.

GORDON, J. This is an appeal from the county court of Oklahoma county. In the trial court defendant recovered judgment against the plaintiff, and plaintiff brings error.

The record was filed in this court July 23, 1921, and the brief of plaintiff in error was served and filed on the first day of August, 1923. Defendant in error has filed no brief and has offered no excuse for his failure so to do. Under these circumstances this court will not search the record to find a theory upon which the judgment of the trial court may be sustained, but will, where the authorities cited in the brief filed appear reasonably to sustain the assignments of error, reverse the cause in accordance with the prayer of the petition in error.

An examination of the record and the brief on file indicates that the authorities cited reasonably sustain some of the assignments of error, and in accordance with the rule of this court, the judgment of the trial court

is reversed and this cause remanded for further proceedings herewith.

JOHNSON, C. J., and NICHOLSON, BRANSON, HARRISON, MASON, and WARREN, JJ., concur.